UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**United States of America**

    **v.**                                                             Case No. 05-cr-24-PB

**Cathy Smedes**

**O R D E R**

The defendant has moved to continue the November 1, 2005 trial in the above case, citing the need for additional time to finalize plea negotiations. The government does not object to a continuance of the trial date.

Accordingly, in order to allow the parties additional time to negotiate a plea agreement or properly prepare for trial, the court will continue the trial from November 1, 2005 to January 4, 2006. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

    The October 17, 2005 final pretrial conference is continued to December 19, 2005 at 3:30 p.m.

    SO ORDERED.

                                            /s/Paul Barbadoro  
                                            Paul Barbadoro  
                                            United States District Judge

October 17, 2005

cc:  William Christie, Esq.  
     Robert Veiga, Esq.  
     United States Probation  
     United States Marshal