UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**United States of America**

    **v.**                                              Case No. 05-cr-24-PB

**Cathy Smedes**

**O R D E R**

    The defendant has moved to continue the January 4, 2006 trial in the above case, citing the need for additional time as she was recently involved in a motorcycle accident and as a result is expected to be disabled for an extended period of time. The government does not object to a continuance of the trial date.

    Accordingly, in order to allow the defendant sufficient recovery time and to allow the parties additional time to properly prepare for trial, the court will continue the trial from January 4, 2006 until April 4, 2006.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of

justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The December 19, 2005 final pretrial conference is continued until March 21, 2006 at 3:45 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

December 19, 2005

cc: William Christie, Esq.
    Robert Veiga, Esq.
    United States Probation
    United States Marshal